IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HECTOR MANUEL BOSSIO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-704-WHA |
| | ) | [WO] |
| COL. ROBINSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For good cause, it is

ORDERED that the order of January 9, 2018 (Doc. 25), be and is hereby WITHDRAWN.

On November 30, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. 19) is ADOPTED. Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. 15) is DENIED and this case is referred to the Magistrate Judge for additional proceedings.

Done, this 31st day of January 2018.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE